| | | |
|---|---|---|
| 22 -<br>2/88)<br>**TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)*<br>03-05002-01-CR-SW-GAF | |
| | DOCKET NUMBER *(Rec. Court)* | |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Joshua S. Bullard | Western Missouri | Southwestern |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable Gary A. Fenner | |
| | DATES OF PROBATION /SUPERVISED RELEASE: FROM June 23, 2005 | TO June 22, 2008 |

OFFENSE

Possession of a Firearm by an Unlawful User of a Controlled Substance

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the **EASTERN DISTRICT OF ARKANSAS** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

2-13-06
Date

Gary A. Fenner, U.S. District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **EASTERN DISTRICT OF ARKANSAS**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

March 13, 2006
Effective Date

United States District Judge